Richard P. Murray, Esq., (CA State Bar No. 99998)
LAW OFFICES OF RICHARD P. MURRAY
1120 Nye Street, Suite 320
San Rafael, CA 94091
Telephone: (707) 865-2309
Telecopier: (707) 922-5660

Attorneys for: Defendant,
WESTAMERICA BANK


Andrew Joel Van Ornum, Esq., (CA State Bar No, 214040)
Seth R. Sias, Esq., (CA State Bar No. 260674)
Watt Tieder Hoffar and Fitgerald
Citigroup Center
One Sansome Center, Suite 1050
San Francisco, CA 94104
Telephone: (415) 623-7000
Telecopier: (415) 623-7001

Attorneys for: Plaintiff,
HARTFORD FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>   Plaintiff,<br><br> v.<br><br>WESTAMERICA BANK, a California corporation,<br><br>   Defendant. | Case No.: 2:09-CV-02451-JAM-DAD<br><br>**STIPULATION TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER AS TO DATES FOR FILING AND HEARING DISPOSITIVE MOTIONS** |

  This Stipulation is entered into by and among HARTFORD FIRE INS. COMPANY and

Law Offices of
Richard P. Murray
1120 Nye Street,
Suite 320
San Rafael, CA 94901
707-865-2309

-1-
Joint Stipulation and Order on Dispositive Motions.

PDF created with pdfFactory trial version www.pdffactory.com

1  WESTAMERICA BANK, by and through their respective counsel of record. This stipulation is made
2  with respect to the following facts:
3      1.    The court issued a Status (Pre-Trial Schedule) Order on March 8, 2010. The order
4  states, "All dispositive motions shall be filed by April 6, 2011. Hearing on such motions shall be on
5  May 4, 2011..".
6      2.    Counsel for Defendant, WESTAMERICA BANK, will be out of the country from
7  April 29 to May 29, 2011. Counsel for Plaintiff, HARTFORD FIRE INSURANCE COMPANY has
8  no objection to changing the dispositive motion dates to an earlier date. The setting of the earlier date
9  for dispositive  motions will not delay the case or the trial setting.
10     3.    The court has available April 20, 2011 for hearing of dispositive motions. The filing of
11 such motions would be on March 23, 2011.
12     NOW, THEREFORE , in consideration of these facts, the Parties hereby stipulate and agree
13 and request that the Court order , "All dispositive motions shall be filed by March 23, 2011. Hearings
14 on such motions shall be on April 20, 2011 at 9:30 am in Courtroom #6."

DATED: January 19, 2011        LAW OFFICES OF RICHARD P. MURRAY

                                                              _____
                                      By:   Richard P. Murray
                                           Attorneys for Defendant
                                           WESTAMERICA BANK

DATED: December   , 2010        WATT TIEDER HOFFAR AND FITGERALD

                                                              _____
                                      By:   Andrew Joel Van Ornum
                                           Attorney for Plaintiff
                                           HARTFORD FIRE INSURANCE COMPANY

Law Offices of
Richard P. Murray
1120 Nye Street,
Suite 320
San Rafael, CA 94901
707-865-2309

-2-
Joint Stipulation and Order on Dispositive Motions.

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>WESTAMERICA BANK, a California corporation,<br><br>         Defendant. | Case No.: 2:09-CV-02451-JAM-DAD<br><br>ORDER |

CONSIDERING THE STIPULATION OF THE PARTIES;

IT IS ORDERED,

The dates for dispositive motions contained in the March 8, 2010 Status (Pre-Trial Scheduling) Order are hereby changed as follows:

All dispositive motions shall be filed by March 23, 2011. Hearings on such motions shall be on April 20, 2011 at 9:30 am in Courtroom # 6.

All other provisions of the Order of March 8, 2010 shall remain unaltered.

IT IS SO ORDERED.

DATED:   January 19, 2011

/s/ John A. Mendez
JOHN A MENDEZ
UNITED STATES DISTRICT JUDGE

Law Offices of
Richard P. Murray
1120 Nye Street,
Suite 320
San Rafael, CA 94901
707-865-2309

PDF created with pdfFactory trial version www.pdffactory.com