1   Richard P. Murray (SBN 99998)
    **LAW OFFICES OF RICHARD P. MURRAY**
2   1120 Nye Street, Suite 320
    San Rafael, CA  94901
3   Telephone:  707-865-2309
    Facsimile:   707-922-5660
4
    Barbara S. Monty (SBN 131085)
5   **MONTY WHITE LLP**
    1000 Fourth Street, Suite 425
6   San Rafael, CA  94901
    Telephone:  415-453-1010
7   Facsimile:   888-831-5842

8   **Attorneys for Defendant WESTAMERICA BANK**

9

10                    **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12                      **SACRAMENTO DIVISION**

13

14                            )
    HARTFORD FIRE INSURANCE    )   Case No. 2:09-CV-02451-JAM-DAD
15  COMPANY, a Connecticut     )
    corporation,               )
16                             )   **ORDER GRANTING**
            Plaintiff,         )   **DEFENDANT WESTAMERICA**
17                             )   **BANK'S MOTION FOR**
            vs.                )   **SUMMARY JUDGMENT**
18                             )
    WESTAMERICA BANK, a        )   **Judge:      John A. Mendez**
19  California corporation,    )   **Dept.:      6**
                               )
20          Defendants.        )
                               )
21

22          At a session of the court held in the United States District Court for the Eastern

23  District of California, Courtroom No. 6, on June 1, 2011:

24          Present: The Honorable John A. Mendez, Judge; Richard P. Murray, counsel

25  for defendant and moving party Westamerica Bank; and Andrew Van Ornum, counsel

26  for plaintiff and respondent Hartford Insurance Company.

27

28

PDF created with pdfFactory trial version www.pdffactory.com

Defendant Westamerica Bank's motion for summary judgment having come on regularly to be heard this day, June 1, 2011, and it appearing that notice of motion was given to defendant pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, and the court having heard oral argument; having considered defendant's motion, plaintiff's counter-motion and oppositions and replies, and declarations, and all related exhibits and it further appearing that there is no genuine issue as to a material fact, and that defendant is entitled to judgment as a matter of law; Therefore,

IT IS ORDERED that defendant's motion for summary judgment be, and is, granted in its entirety, including as to the First Cause of Action of Breach of Contract and the Second Cause of Action for Conversion.  Plaintiff's counter-motion for summary judgment is denied in its entirety.  Judgment in favor of defendant and against plaintiff is ordered entered and plaintiff is to take nothing by its complaint.

A copy of the transcript of the hearing in this matter is attached as Exhibit A and incorporated herein for reference.


Dated:  6/21/2011

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ


**APPROVED AS TO FORM**:


_____
Watt, Tieder, Hoffar & Fitzgerald, LLP
By: Andrew Van Ornum
Attorneys for Plaintiff
HARTFORD FIRE INSURANCE COMPANY

PDF created with pdfFactory trial version www.pdffactory.com