Richard P. Murray, Esq., (CA State Bar No. 99998)
LAW OFFICES OF RICHARD P. MURRAY
1120 Nye Street, Suite 320
San Rafael, CA 94091
Telephone: (707) 865-2309
Telecopier: (707) 922-5660

Barbara Monty Esq. (SB#131085)
MONTY WHITE LLP
1000 4th Street, Suite 425
San Rafael, CA 94901

Attorneys for: Defendant,
WESTAMERICA BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>   Plaintiff,<br><br>v.<br><br>WESTAMERICA BANK, a California corporation,<br><br>   Defendant. | Case No.: 2:09-CV-02451-JAM-DAD<br><br>ORDER RE MOTION FOR FRCP RULE 37 (C) (2) SANCTIONS<br><br>Date: October 5, 2011<br>Time: 9:30 a.m.<br>Dept.: Courtroom 6<br>Judge: Hon. John A. Mendez<br>Trial: Judgment already entered |

ORDER

The Motion of Defendant Westamerica Bank for Sanctions pursuant to FRCP Rule 37 (c)(2) came on regularly for hearing in the above entitled court on October 5, 2011.  Richard P. Murray appeared on behalf of Defendant Westamerica Bank.  Andrew Van Ornum appeared on behalf of Plaintiff Hartford Fire Insurance Company.

///

Law Offices of
Richard P. Murray
1120 Nye Street,
Suite 320
San Rafael, CA 94901
707-865-2309

-1-
Order Denying Rule 37 (c)(2) Sanctions Motion

PDF created with pdfFactory trial version www.pdffactory.com

1   Defendant Westamerica Bank brings this motion for sanctions in proving matters denied by
2   Plaintiff Hartford Fire Insurance Company in response to Requests for Admissions, Set One, Request
3   Nos. 1, 3 through 9, 12, 13, 16 through 20, 26 and 27.
4   The court having considered the papers filed by each party and the oral argument offered at
5   the hearing, and good cause appearing, hereby DENIES the Motion for Rule 37 (c)(2) sanctions.
6   The court finds that Hartford was justified in denying the Requests for Admissions which are
7   the subject of the motion in that it had a reasonable basis for believing its denial and a reasonable
8   basis for believing that it would prevail as to such issues.  Hartford's conduct therefore did not rise to
9   the level justifying sanctions even if Hartford ultimately did not prevail on all such issues.  The
10  motion is Denied.

Date:  10/27/2011          /s/ John A. Mendez
                           HONORABLE JOHN A. MENDEZ
                           U. S. District Court Judge

**APPROVED AS TO FORM**:

/s/_____

Watt, Tieder, Hoffar & Fitzgerald, LLP
By: Andrew Van Ornum

Attorneys for Plaintiff

HARTFORD FIRE INSURANCE COMPANY

Law Offices of
Richard P. Murray
1120 Nye Street,
Suite 320
San Rafael, CA 94901
707-865-2309

PDF created with pdfFactory trial version www.pdffactory.com